UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FIEDLS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> RAUL LOPEZ, et. al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:11-CV-00864 OWW DLB PC <br><br> **ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed August 15, 2011 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   August 17, 2011**                                **/s/ Oliver W. Wanger**
                                                                                                UNITED STATES DISTRICT JUDGE

1